**EXHIBIT 1**



**Service of Process Transmittal**
07/07/2021
CT Log Number 539857366

| | |
|---|---|
| **TO:** | Brian Bowers, President<br>Financial Recovery Services, Inc.<br>4510 West 77th Street, Suite 200<br>Edina, MN 55435- |
| **RE:** | **Process Served in Florida** |
| **FOR:** | Financial Recovery Services of Minnesota Inc.  (Assumed Name)  (Domestic State: MN)<br>Financial Recovery Services, Inc. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JACQUELINE MCCOLLIN, PLTF. vs. FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC., ETC., DFT.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # C0CE21003241 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/07/2021 at 01:20 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780118167273<br><br>Image SOP<br><br>Email Notification,  Brian Bowers  bbowers@fin-rec.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / RK



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Wed, Jul 7, 2021 |
| **Server Name:** | Francisco Carreras |

| | |
|---|---|
| Entity Served | FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC. |
| Case Number | COCE-21-003241 |
| Jurisdiction | FL |



Filing # 129371843 E-Filed 06/23/2021 04:19:42 PM

|  |  |
|---|---|
| JACQUELINE MCCOLLIN,<br><br>Plaintiff(s),<br><br>VERSE<br><br>FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC., d/b/a FINANCIAL RECOVERY SERVICES, INC,<br><br>Defendant(s).<br>_____/ | IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA<br><br>Case No.: COCE-21-003241<br><br>Judge: Mardi Levey Cohen<br><br>Division: 50<br><br>ABP# _____<br>DATE _____ TIME _____<br>Name _____ Badge/ID# _____<br>*** scan back executed *** |

## ALIAS SUMMONS/NOTICE TO APPEAR
## PRETRIAL CONFERENCE [REMOTE APPEARANCE]

## STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**Plaintiff** Jacqueline Mccollin,
*c/o* Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

**Defendant** Financial Recovery Services of Minnesota, Inc., d/b/a Financial Recovery Services, Inc, *c/o* CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324

---

Pretrial Information: Appear at

on 09/21/2021 at 10:01 AM
in https://17thflcourts.zoom.us/j/154272965.

---

**IMPORTANT – READ CAREFULLY – THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY.**

**THESE ARE THE THINGS YOU MUST DO:**

**STEP ONE.** Promptly contact Court Mediation Services at Smallclaims@17th.flcourts.org. to schedule your FREE mediation before the Court's neutral mediators in an attempt to resolve you case and/or arrange for a payment plan. [Please provide your name and case number in your email.] If you resolve your case, you will not need to attend the pretrial conference.

**STEP TWO.** If your case does not resolve before the pretrial conference date above, locate the zoom Videoconference information for your assigned division on the attached Zoom link information page or as noted above. You can also locate the Zoom link at **http://www.17th.flcourts.org/judiciary-list-and-category**. (NOTE: Your Division Number is indicated at the very top of this page.) If you do not have an attorney, you may appear by telephone if you do not have access to video appearance through your computer or telephone.

Page 1 of 4

The telephone number is also available for each Division at http://www.17th.flcourts.org/judiciary-list-and-category.

**STEP THREE.** Attend the pretrial conference by Zoom videoconference. The defendant(s) must appear on the date specified above at the assigned time to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**ADDITIONAL INFORMATION.** Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal or a business entity. A principal is defined as being an officer, member, managing member, or partner in the business entity. Written authorization must be filed with the Court prior to the pretrial conference.

The purpose of the pretrial conference is to note your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of the witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long the trial will take.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:** The law gives the person or company who has sued you the right to file the lawsuit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note was signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any 1 or more of the defendants sued reside; (6) any location agreed to in the contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where the payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court at least 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's('s) attorney, if any.

A copy of the statement of claim shall be served with this summons /notice to appear.

Issued on __  JUL 01 2021  ___.

Filed by: _____

Address: _____

_____

BRENDA _____

AS CLERK OF THE COURT

BRENDA D. FORMAN

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

### ZOOM LINK INFORMATION (BROWARD COUNTY)

**Step 1**: Locate your division number on the very top of the first page of this Summons

**Step 2**: Access via computer the Zoom Link below corresponding to your assigned division number.

**Step 3**: Follow the instructions on your computer screen and select ONE of the audio conference options. You may join by phone call or by computer audio (speaker and microphone required for computer audio). Please note that COUNSEL must join by computer audio/video so that you are easily identified.

**Step 4**: If you do not have access to computer video/audio, you may call by telephone:

US toll-free numbers (888) 475-4499,

(833) 548-0276, (833) 548-0282, or (877) 853-5257

When prompted on the telephone for the "Meeting ID," use the 9 to 11-digit code at the end of the division link below.

Division 47 https://17thflcourts.zoom.us/j/95687147196

Division 48 https://17thflcourts.zoom.us/j/292953734

Division 49 https://17thflcourts.zoom.us/j/906144255

Division 50 https://17thflcourts.zoom.us/j/154272965

Division 51 https://17thflcourts.zoom.us/j/874680432

Division 52 https://17thflcourts.zoom.us/j/530095888

Division 53 https://17thflcourts.zoom.us/j/401645765

Division 54 https://17thflcourts.zoom.us/j/911872548

Division 55 https://17thflcourts.zoom.us/j/832434674

Division 56 https://17thflcourts.zoom.us/j/121103675

Division 60 https://17thflcourts.zoom.us/j/990901272

Division 61 https://17thflcourts.zoom.us/j/606672692

Division 62 https://17th.flcourts.zoom.us/j/98661669177

Division 70 https://17thflcourts.zoom.us/j/561587919

Division 71 https://17thflcourts.zoom.us/j/294767991

Division 72 https://17thflcourts.zoom.us/j/402362403

Division 73 https://17thflcourts.zoom.us/j/499985495

Division 80 https://17thflcourts.zoom.us/j/489403007

Division 81 https://17thflcourts.zoom.us/j/855034385

Division 82 https://17thflcourts.zoom.us/j/190948749

Division 83 https://17thflcourts.zoom.us/j/684278427

IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Case No. COCE-21-003241

JACQUELINE MCCOLLIN,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC., *d/b/a* FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.

_____/

## AMENDED STATEMENT OF CLAIM

Plaintiff Jacqueline James ("Plaintiff") sues Defendant Financial Recovery Services of Minnesota, Inc., *doing business as* Financial Recovery Services, Inc., ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA").

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over Plaintiff and Defendant (collectively, the "Parties"), because the cause of action arises within the jurisdiction of this Court and, thus, venue and jurisdiction are proper.

2. This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Broward County, Florida.

3. The amount in controversy is greater than $500, but does not exceed $2,500, exclusive of costs, interest, and attorneys' fees, and is otherwise within this Court's jurisdiction.

4. Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Broward County Florida.

PAGE | 1 of 7

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## PARTIES

5. Plaintiff is a natural person, and a citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant is a Minnesota corporation, with its principal place of business located in Edina, Minnesota.

7. Defendant engages in interstate commerce by regularly using telephone and mail in a business whose principal purpose is the collection of debts.

8. At all times material, Defendant was acting as a debt collector in respect to the collection of Plaintiff's debts.

## DEMAND FOR JURY TRIAL

9. Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

10. This action involves the debt arising from a transaction between Comenity Bank, as the original creditor, and Plaintiff involving an unsecured line of credit, of which was primarily for the personal benefit of Plaintiff, Plaintiff's family, as well as members of Plaintiff's household (the "Consumer Debt").

11. Plaintiff is the alleged debtor of the Consumer Debt.

12. Defendant is a debt collector governed by both the FDCPA and FCCPA.

13. Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

14. Defendant is a business entity engaged in the business of collecting consumer debts.

15. Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

16. Defendant is an entity required to register with the Florida Office of Financial Regulation as a "Consumer Collection Agency" to lawfully collect consumer debts in Florida.

17. The Consumer Debt is a debt which Defendant must possess a valid Consumer Collection Agency license to lawfully collect or attempt to collect from Plaintiff.

18. Defendant is registered with the Florida Office of Financial Regulation as a "Consumer Collection Agency."

19. Defendant's "Consumer Collection Agency" license number is CCA0900637.

20. For Defendant's "Consumer Collection Agency" license to remain valid, Defendant is required to maintain, *at minimum*, all records specified in Rule 69V-180.080, Florida Administrative Code, and keep such records current within one week of the current date.

21. Rule 69V-180.080(3)(e) of the Florida Administrative Code commands that Defendant *shall* maintain: "[t]he debtor's account of activity disclosing… a record of payments made by the debtor, including the date received and the amount and balance owing."

22. Rule 69V-180.080(9)(a)-(b) of the Florida Administrative Code commands that Defendant *shall* maintain: "basic information about the debt including, at minimum… [d]ocumentation of the debt provided by the creditor," as well as "[t]he date the debt was incurred and the date of the last payment."

23. Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

24. The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant does maintain, are current to within one week of the current date.

25. On a date better known by Defendant, Defendant sent Plaintiff a letter, internally dated January 12, 2021, in an attempt to collect the Consumer Debt from Plaintiff. Attached hereto as Exhibit "A" is a copy of said letter (the "Collection Letter").

26. In the Collection Letter, Defendant presents to the least sophisticated consumer the following:

## \*\*\*\*\*\*Resolution Reduction Offer\*\*\*\*\*\*

*See* Exhibit A.

27. The Collection Letter is a communication from Defendant to Plaintiff in connection with the collection of a debt.

28. In the Collection Letter, Defendant states:

> **If you pay $1,006.96, the above-referenced account will be considered paid in full. However, we are authorized to resolve the above account(s) at a substantial reduction to you!!!!!!!!**

*See* Exhibit A.

29. In the Collection Letter, Defendant states:

> **To make this easier for you to resolve, we are authorized to resolve the account(s) listed above for $654.52. When you have satisfied this agreement, the account(s) will be considered resolved in full for less than the full.**

*See* Exhibit A.

30. In the Collection Letter, Defendant states:

> **The offer in this letter is merely an offer to resolve your account for les than the balance due.**

*See* Exhibit A.

31. The Collection Letter is a communication from Defendant to Plaintiff in connection with the collection of a debt.

32. The Collection Letter represents an action to collect a debt by Defendant.

33. In the Collection Letter, Defendant states that it (the Collection Letter) is "an attempt to collect a debt."

## *COUNT I.*
## **VIOLATION OF 15 U.S.C. § 1692e and e(10)**

34. Plaintiff incorporates above-paragraphs 1-33 as though fully stated herein.

35. Defendant violated § 1692e and § 1692e(10) of the FDCPA by utilizing false representations and/or deceptive means in an attempt to collect the Consumer Debt and/or obtain information concerning Plaintiff.

36. Here, the Collection Letter falsely represents to the least sophisticated consumer that the purported "**Resolution Reduction Offer**" will, in effect, be the same as paying the full amount of the Consumer Debt. This is, of course, false. *See* Melillo v. Shendell & Assocs., P.A., 2012 WL 253205, at *6 (S.D. Fla.) ("A debt collection letter is deceptive where it can be reasonably read to have two or more different meanings, one of which is inaccurate." (*quoting* Gonzales v. Arrow Fin. Servs., LLC, 660 F.3d 1055, 1062 (9th Cir. 2011)) (internal quotation marks omitted)).

37. For example, the settlement of a debt for *less than the full amount* is notated differently on a consumer's credit report than a debt that was *paid in full*, whereby the former is more harmful to a debtor's credit than the latter. Furthermore, the term "**reduction**" further perpetuates Defendant's misrepresentation of what is being offered, *in that*, the least sophisticated consumer is wrongfully caused to believe he or she is being offered a discount of the *amount owed*

(*i.e.*, the *amount* Consumer Debt is being reduced), rather than what Defendant is *actually* offering, *i.e.*, **settlement for less than the full amount purported owed**.

38. Accordingly, the net result of Defendant's conduct wrongfully leads the least sophisticated consumer to believe that paying the reduced amount will have the same effect as if the full amount was paid. *See* Michael, 2017 WL 129111, at *5-6 (denying the defendant's motion to dismiss, finding that a collection letter's promise to accept a discounted amount as "*settlement in full*" of the underlying consumer debt may "lead the least sophisticated consumer to make false conclusions," whereby the court emphasized that "debt collection letter is deceptive where it can be reasonably read to have two or more different meanings, one of which is inaccurate." (citation omitted)); LeBlanc, 601 F.3d at 1194 ("[T]he fact that a false statement may be obviously false to those who are trained and experienced does not change its character, nor take away its power to deceive others less experienced.").

39. As such, by and through the Collection Letter, Defendant violation § 1692e and e(10) of the FDCPA by misrepresenting an offer to settle for less than the full amount as a "discounted offer."

40. WHEREFORE, Plaintiff requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

    (a)    Statutory damages as provided by 15 U.S.C. § 1692k;

    (b)    Costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k; and

    (c)    Any other relief that this Court deems appropriate under the circumstances.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

DATED: March 9, 2021

Respectfully Submitted,

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:     jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:     tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:         855-529-9540

PAGE | 7 of 7

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

# EXHIBIT "A"

DEPT 813    1827520821012
PO BOX 4115
CONCORD CA  94524

**FINANCIAL RECOVERY SERVICES, INC.**

P.O. Box 385908
Minneapolis, MN  55438-5908
1-844-319-2418

Current Creditor: LVNV FUNDING LLC
Original Creditor: COMENITY BANK
Regarding: AVENUE
Account Number: XX████████████
Date Of Last Payment: 12/30/2017
Charge-Off Date: 07/31/2019
Date First Delinquent: 01/16/2019

Total Balance Due: $1006.96
FRS File Number: WSX563
On-line PIN Number: 68024792
(Used to access and view your file on  WWW.FIN-REC.COM)

RETURN SERVICE REQUESTED

January 12, 2021

JACQUELINE JAMES MCCOLLIN
8990 S HOLLYBROOK BLVD APT 103
PEMBROKE PINES FL 33025-1325

******Resolution Reduction Offer******

If you pay $1,006.96, the above-referenced account will be considered paid in full. However, we are authorized to resolve the above listed account(s) at a substantial reduction to you!!!!!!!!

To make this easier for you to resolve, we are authorized to resolve the account(s) listed above for $654.52.  When you have satisfied this agreement, the account(s) will be considered resolved in full for less than the full balance. FRS is not a law firm and FRS will not initiate any legal proceedings or provide you with legal advice. The offer in this letter is merely an offer to resolve your account for less than the balance due.

We request that you respond to our offer within 30 days. We are not obligated to renew this offer. If you need additional time to respond to this offer or if you are unable to take advantage of this offer, please call our office --- we are willing to listen to any offers you may wish to make. Depending on your situation, payments may still be an option for you.

To make a payment, please call us at the toll-free numbers listed below or utilize our on-line web payment solution at www.fin-rec.com using the on-line PIN number and FRS file number referenced above.

If you are sending your payment by overnight delivery please use the following address: 4510 W. 77th St., Suite 200, Edina, MN 55435

Sincerely,
JADE DAVIS
Account Manager
Toll Free: 1-844-319-2418

This is an attempt to collect a debt.  any information obtained will be used for that purpose.
This communication is from a debt collector.
See reverse side for important information.
Office hours are: Monday-Thursday, 7am to 8pm CT; Friday 7am to 5pm CT; Saturday 7am to noon CT.

***Detach and return this portion of this notice with your payment***

| 1 OF 3 | 2 OF 3 | 3 OF 3 |
|---|---|---|
| FRS File #: WSX563 | FRS File #: WSX563 | FRS File #: WSX563 |
| 1-844-319-2418 | 1-844-319-2418 | 1-844-319-2418 |
| Balance due as of January 12, 2021: $1006.96 | Balance due as of January 12, 2021: $1006.96 | Balance due as of January 12, 2021: $1006.96 |
| Amount enclosed:_____ | Amount enclosed:_____ | Amount enclosed:_____ |
| Home phone:_____ | Home phone:_____ | Home phone:_____ |
| Work phone:_____ | Work phone:_____ | Work phone:_____ |
| Cell phone:_____ | Cell phone:_____ | Cell phone:_____ |
| Financial Recovery Services, Inc. | Financial Recovery Services, Inc. | Financial Recovery Services, Inc. |
| P.O. Box 385908 | P.O. Box 385908 | P.O. Box 385908 |
| Minneapolis, MN 55438-5908 | Minneapolis, MN 55438-5908 | Minneapolis, MN 55438-5908 |
| Letter Code Sent: 044 | Letter Code Sent: 044 | Letter Code Sent: 044 |

We are required under certain State and Local Laws to notify consumers of those States or Localities of the following rights. This list does not contain a complete list of the rights consumers have under Federal, State, or Local Laws.

### ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

### DISCLOSURE REQUIRED BY CALIFORNIA LAW

You have the right to know what personal information is being collected about you, to know if your personal information is sold or disclosed and to whom, to say no to the sale of personal information, to access your personal information, and to equal service and price. Federal and state laws prohibit us from disclosing information about your debt to third parties. Personal information is collected solely for the purpose of debt recovery and remains part of our records until we determine the information is no longer needed, or as otherwise required by law. We do not sell or share your personal information and we do not provide services or products to consumers that would involve consumer pricing.

We may collect the following categories of personal information:
- Identifying Information;
- Personal Information categories listed in California Customer Records Statute;
- Protected classification characteristics under California or Federal law;
- Internet or other electronic network activity information;
- Professional or employment-related information;
- Non-public education information (per the Family Educational Rights and Privacy Act;

You may read our Privacy Policy at www.fin-rec.com or request a written copy by contacting us.

### ADDITIONAL INFORMATION FOR COLORADO RESIDENTS

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/

COLORADO OFFICE LOCATION: 27 NORTH WILLERUP, SUITE B, MONTROSE, CO 81401
LOCAL PHONE: 970-249-7514   TOLL-FREE PHONE: 1-866-436-4766

A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATIONS WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

### ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS

If you wish to discuss this matter, please call us direct, between the hours of 8 a.m. and 5 p.m. CST, at the number listed on the front of this notice. Massachusetts resident office address is: 49 Winter St, Weymouth, MA 02189 with office hours: M-Th 10am-3pm.

**NOTICE OF IMPORTANT RIGHTS:** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

### ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

### ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS

This collection agency is licensed by the New York City Department of Consumer Affairs. The license number is 1015506.

### ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS

North Carolina Department of Insurance Permit Number: 3917 Address: 4510 W. 77th St, Suite 200, Edina, MN 55435

NC Permit Number 113527 Address: 6300 Shingle Creek Parkway Ste 220, Brooklyn Center, MN 55435

NC Permit Number 4508 Address: 823 Belknap, Suite 205, Superior, WI 54880

Please direct all correspondence and payments to the following address: P.O. Box 385908, Minneapolis, MN 55438-5908

### ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS

This collection agency is licensed by the Collection Service Board of the State Department of Commerce and Insurance.

### ADDITIONAL INFORMATION FOR WISCONSIN RESIDENTS

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

### NOTICE TO ALL CONSUMERS

Our staff is trained to conduct themselves in a businesslike and professional manner, and to leave you with a positive experience in dealing with our Company. If you have a complaint, criticism, suggestion, or compliment about the way we are collecting this debt, please write to us at P.O. Box 385908, Minneapolis, MN 55438-5908, email us at compliance@fin-rec.com, submit on-line at www.fin-rec.com, or call us toll-free at (866) 438-2860 between 9am and 5pm CT Monday-Friday.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.